DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

R.A.P.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1843

_____

September 24, 2025

Appeal from the Circuit Court for Pasco County; James Stearns, Judge.

Blair Allen, Public Defender, and Lisa Lott, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

LaROSE, SLEET, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.